Argued January 29, affirmed January 29, petition for
rehearing denied February 22, petition for
review denied April 10, 1973

STATE OF OREGON, *Respondent, v.*
CHENCHO HERNANDEZ
(No. 14-570), *Appellant.*

505 P2d 359

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John W. Osburn,* Solicitor General, Salem, argued the cause for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.